## KELEHER *v.* LA SALLE COLLEGE.

No. 157.   Decided October 12, 1959.

*Isadore Winderman* for appellant.

*Samson B. Bernstein* and *Joseph E. Gembala, Jr.* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## MISSOURI PACIFIC RAILROAD CO. *v.* DEERING, REGISTER OF DEEDS, ET AL.

No. 253.   Decided October 12, 1959.

*W. F. Lilleston, Henry V. Gott* and *Ralph M. Hope* for appellant.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.